Dennis L. Kennelly, (SBN 064916)
Law Office of Dennis L. Kennelly
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Phone: (650) 224-3113
Fax: (650) 752-4847
Email: kennelly.dennis@gmail.com
Attorney for Plaintiff Howard L. Johnson

UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HOWARD L. JOHNSON,<br><br>                                  PLAINTIFF,<br><br>VS.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, DOES 1 THROUGH X, ROES 1 THROUGH X,<br><br>                                DEFENDANT(S) | CASE NO.: 18-CV-00921 KAW<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. AS MODIFIED. |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4). Plaintiff Howard L. Johnson ("Plaintiff") and Defendant Nancy Berryhill, et al ("Defendants") hereby stipulate and agree as follows:

WHEREAS, the Motion for Summary Judgment, currently due on or about July 13, 2018 be extended for 45 days;

WHEREAS, the Plaintiff requests that the Defendants provide to the Plaintiff and the Plaintiff's Counsel a full and complete copy of the Audio recording of October 30, 2015, to include the Pre-Hearing, Hearing and Post-Hearing as soon as a cd can be produced and the Audio provided be in .MP3 format.

For the Purpose of Expediency of review, the Plaintiff's address is as follows:
    Howard L. Johnson
    1161 Willow Road, Apt 5
    Menlo Park, CA 94025

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. – Pg 1**

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and based on the foregoing circumstances, request that the Court establish the following modified deadlines:

- The Plaintiff's Motion for Summary Judgment scheduled for July 13, 2018 is continued to August 27, 2018.
- The remainder of DOC 3, Procedural Orders 3, 4 & 5 remain in effect.

Date: July 16, 2018      Law Office of Dennis L. Kennelly

/s/ Dennis L. Kennelly
Dennis L. Kennelly
Attorney for Plaintiff, Howard L. Johnson

Date: July 16, 2018

/s/ Francesco P. Benavides
Francesco P. Benavides
Attorney for Defendant

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED:

The Plaintiff's deadline to file his Motion for Summary Judgment is continued to August 27, 2018.

Dated: July 16, 2018

_____
Kandis A. Westmore
United States District Magistrate Judge