Dennis L. Kennelly, (SBN 064916)
Law Office of Dennis L. Kennelly
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Phone: (650) 224-3113
Fax: (650) 752-4847
Email: kennelly.dennis@gmail.com
Attorney for Plaintiff Howard L. Johnson

UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HOWARD L. JOHNSON, <br> PLAINTIFF, <br><br> VS. <br><br> NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, DOES 1 THROUGH X, ROES 1 THROUGH X, <br> DEFENDANT(S) | CASE NO.: 18-CV-00921 KAW <br><br> SECOND STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4). Plaintiff Howard L. Johnson ("Plaintiff") and Defendant Nancy Berryhill, et al ("Defendants") hereby stipulate and agree as follows:

WHEREAS, the Motion for Summary Judgment, currently due on or about August 27, 2018 be extended for 45 days;

Counsel for the Plaintiff has sent 2 facsimiles, on July 12th and July 22nd to the Defendant's number (703) 605-7441 requesting the information below, and as of this date still have not received the information requested.

WHEREAS, the Plaintiff requests that the Defendants provide to the Plaintiff and the Plaintiff's Counsel a full and complete copy of the Audio recording of October 30, 2015, to include the Pre-Hearing, Hearing and Post-Hearing as soon as the CDs can be produced and the Audio provided be in .MP3 format.

For the Purpose of Expediency of review, the Plaintiff's address is as follows:
    Howard L. Johnson
    1161 Willow Road, Apt 5
    Menlo Park, CA 94025

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and based on the foregoing circumstances, request that the Court establish the following modified deadlines:

- The Plaintiff's Motion for Summary Judgment scheduled for August 27, 2018 is continued to October 11, 2018.
- The remainder of DOC 3, Procedural Orders 3, 4 & 5 remain in effect.

Date: August 20, 2018        Law Office of Dennis L. Kennelly

                             /s/ Dennis L. Kennelly_____
                             Dennis L. Kennelly
                             Attorney for Plaintiff, Howard L. Johnson

Date: August 20, 2018
                              /s/ Francesco P. Benavides_____
                             Francesco P. Benavides
                             Attorney for Defendant

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED:

The deadline for filing Plaintiff's Motion for Summary Judgment is extended to October 11, 2018.

Dated: August 21, 2018

_____
Kandis A. Westmore
United States District Magistrate Judge